RECEIVED
IN MONROE, LA

FEB 22 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ENITAN AYOKEJI LIJADU<br>A 26 227 080 | CIVIL ACTION NO. 05-1868-M |
| VS. | SECTION P |
| ALBERTO GONZALES, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* [Doc. 1] and Motion for Stay of Removal [Doc. 3] be **DENIED** and **DISMISSED WITHOUT PREJUDICE** to petitioner's right to file his petition and motion in the appropriate United States Court of Appeals.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 22 day of February, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE